UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-60653-RS

DWAYNE JOHNSON, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

NATIONAL DELIVERY SOLUTIONS, LLC,

    Defendant.
_____/

### JOINT NOTICE OF SETTLEMENT

Plaintiff, DWAYNE JOHNSON, individually, and Defendant, NATIONAL DELIVERY SOLUTIONS, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines, including the deadline to file a response to the complaint.

Dated this 10th day of May 2021.

Respectfully submitted,

| | |
|---|---|
| **/s/ Daniel R. Levine** | **/s/ Todd W. Shulby** |
| DANIEL R. LEVINE, ESQ. | TODD W. SHULBY, ESQ. |
| Florida Bar No. 0057861 | Florida Bar No. 68365 |
| E-Mail: DRL@PBL-Law.com | E-Mail: tshulby@shulbylaw.com |
| ALEX B.C. ERSHOCK, ESQ. | |
| Florida Bar No. 100220 | TODD W. SHULBY, P.A. |
| E-Mail: ABE@PBL-Law.com | 1792 Bell Tower Lane |
| | Weston, Florida 33326 |
| PADULA BENNARDO LEVINE, LLP | Telephone: (954) 530-2236 |
| 3837 NW Boca Raton Blvd., Suite 200 | Counsel for Defendant |
| Boca Raton, FL 33431 | |
| Telephone: (561) 544-8900 | |
| Counsel for Plaintiff | |