**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60653-CIV-SMITH**

DWAYNE JOHNSON,

 Plaintiff,

vs.

NATIONAL DELIVERY SYSTEMS, LLC,

 Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE**

 This matter came before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 13], in which she recommends approving the parties' settlement and dismissing the case with prejudice. The parties have filed a Joint Notice of No Objection to Report & Recommendation to District Judge [DE 14]. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

 **ORDERED** that:

 1) The Report and Recommendation to District Judge [DE 13] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

 2) The Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 12] is **GRANTED.** The Settlement Agreement is approved.

 3) All pending motions are **DENIED as moot.**

 4) The Court shall retain jurisdiction to enforce the Settlement Agreement through **June 25, 2021**.

 5) This case is **DISMISSED with prejudice.**

      6)      This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 25th day of May, 2021.

                                                      _____
                                                      RODNEY SMITH
                                                      UNITED STATES DISTRICT JUDGE

cc:      All Counsel of Record